UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 2, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
v.                                   )
                                     )
CORY WHALEN,                         )
                                     )
                Defendant.           )

Case No. MAG. 08-0217-KJM

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CORY WHALEN, Case No. MAG. 08-0217-

KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____    Release on Personal Recognizance

  X      Bail Posted in the Sum of: $50,000.00.

  _X_    Unsecured Appearance Bond

_____    Appearance Bond with Surety

  X      (Other) Conditions as stated on the record.

_____    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/02/08  at  3:15 pm.

By  _____
        Edmund F. Brennan
        United States Magistrate Judge