```
                                              FILED
                                              July 2, 2008
UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
EASTERN DISTRICT OF CALIFORNIA                CALIFORNIA

                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,            )
                                     )    Case No. MAG. 08-0217-KJM
        Plaintiff,           )
                                     )    ORDER FOR RELEASE OF
v.                                   )    PERSON IN CUSTODY
                                     )
CORY WHALEN,                         )
                                     )
        Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CORY WHALEN, Case No. MAG. 08-0217-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_\_  Release on Personal Recognizance

  _X_  Bail Posted in the Sum of: $50,000.00.

        _X_  Unsecured Appearance Bond

        \_\_\_  Appearance Bond with Surety

        _X_  (Other) Conditions as stated on the record.

        \_\_\_  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/02/08 at 3:15pm.

By *[signature]*
Edmund F. Brennan
United States Magistrate Judge